United States District Court

For the Northern District of California

1

2

3              IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   MARIA JORDAN,                          No. C 06-1087 SBA

7              Plaintiff,                  **ORDER**

8     v.

9   ELI LILLY AND COMPANY,

10             Defendants.
                                      /
11

12        On May 19, 2006, this Court received notice from the Judicial Panel on Multidistrict

13   Litigation (the "Panel" or "MDL Panel") that a conditional transfer order was filed by the Panel in

14   the above-captioned matter.

15   .        Accordingly,

16        IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a transfer

17   order from the MDL Panel.  All dates and deadlines established in this matter, including the Case

18   Management Conference, are VACATED.

19        Because this renders moot plaintiff Maria Jordan's request for a continuance in the Case

20   Management Conference scheduled for June 21, 2006 at 2:30 p.m., that request is DENIED AS

21   MOOT.

22        IT IS FURTHER ORDERED THAT Plaintiffs shall promptly inform the Court in writing of

23   the status of the case no later than ten (10) days after the Panel issues its ruling on the motion to

24   transfer.

25        IT IS SO ORDERED.

26

27   Dated: 6/20/06                        SAUNDRA BROWN ARMSTRONG
                                           United States District Judge
28